No opinion. Order reversed, with costs and disbursements.

---

HAY, Appellant, *v.* BABCOCK, Respondent.

*(Supreme Court, General Term, Third Department. May, 1889.)*

No opinion. Motion for leave to go to court of appeals denied.

---

FEIBER, Respondent, *v.* LESTER *et al.,* Appellants.

*(Supreme Court, General Term, First Department. July 9, 1889.)*

Appeal from special term, New York county.

Argued before VAN BRUNT, P. J., and DANIELS and BRADY, JJ.

*B. C. Chetwood,* for appellants.  *Goldfogle & Cohn,* for respondent.

BRADY, J.  The questions presented on this appeal are the same as those considered in *Feiber* v. *Smith, ante,* 446, (decided herewith,) and must meet the same fate as pronounced in that case.  Judgment affirmed, with costs. All concur.